# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

FILED
DEC 28 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

John Michael Custer
Plaintiff

vs.

DCS Hart
OFF Sanders
Sgt Munoz
Dawn Power
All
1rst & 2nd
Shift Staff
Peoria
Co, Cop Prove
Transfer Van
Defendant(s)

Case No. 22-1468
(The case number will be assigned by the clerk)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

☐ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants) Cruel Unusal

☒ Other federal law: Torcher Abuse discreation  S.M.I.
Detention
☒ Unknown  Vidio Footage
 _May prove Addition
Facts & Crimes assults
and abuse against me

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: John Michael Custer

Prison Identification Number: 2205558

Current address: 301 N. Maxwell Rd Peoria Ill 61604

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: DCS Hart

Current Job Title: Suprivor 2nd shift

Current Work Address: Peo Co Jail 301 N. Maxwell Rd Peoria Ill. 61604

Defendant #2:

Full Name: SGT MUNOZ

Current Job Title: Sgt 2nd Shift

Current Work Address: Peo Co Jail 301 N. Maxwell Rd Peoria Ill 61604

Defendant #3:

Full Name: OF Sanders

Current Job Title: Correction OF

Current Work Address: Peo Co Jail

Defendant #4:

Full Name: "UKNOWN" To Be Determined

Current Job Title: Transfer Van Dr

Current Work Address: Peoria Police office Peoria Illinois

Defendant #5:

Full Name: "NKNOWNS" to Be detcon

Current Job Title: OFFICER Idetificed

Current Work Address: In Sully Port & Intake

Def 6 Dione Powers all med staff Exept 7 in total mexican girl Nurse Brytney

For additional defendants, provide the information in the same format as above on a separate page.

## III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?   Yes ☒    No ☐

If yes, please describe: I File Curer vs Hart After this Event case 22-1406 et al

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

3

C. If your answer to B is yes, how many? **5** Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number  
   **1:22-cv-01415-CSB**

2. Basic claim made **Improper use Restraint chair - also Discrimination Sever Sever Sever Injury**

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) **Yes**

For additional cases, provide the above information in the same format on a separate page.

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.

A. Is there a grievance procedure available at your institution? Yes ☑ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  
   Yes ☑ No ☐

If your answer is no, explain why not **So Far I fear for my life but I'm filing the grievance**

C. Is the grievance process completed? Yes ☑ No ☐ **Ive spoke to Ryan & Becky Mental**

**By time this is sent they really have no excuse other that they deny everything hectic**

## V. STATEMENT OF CLAIM

Place(s) of the occurrence: Peo Co Sully Port Intake Peo Police Van

Date(s) of the occurrence: Nov 3rd 2022

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

I woke from unconciousness with sever sever injurys I was being placed in Restraint chair By DCS Hart of Sander they had me cuff from behind already which I don't Remeber anything Due to being helped In Restraint chair I don't Remeber being uncuffed ETC I still have memory loss all I know is I was told by officer Munoz I was kicking fighting at that I don't believe it to be true our I was never ticketed or charger I Had sever sever mark bruises what looked like burns & blisters I Believe were cause by being beaten Sgt Munoz said he was the But he was nowhere Nor one of I was only with Hart sanders 2 Females which does not make

Sence because antime I came I all staff I present them was noone and I they say I was fighting & kick etc so there was Be 3-5 or more male of present I was put in chair with all my belongings belt chain shoes Everything I had brusies Every where there So much Camera Fotage I still have Mark & bruses & alot a Sever latertions I was Beaten to unconciousness I believe or I had to of fallen out of Vew throw I Just know when I lite my bag on fire a scene I used a grill liter" long nose I never touch anytime "It all on Camera at Sceen I was severly discreminated & unpoperly cared for and abuses I am seve menatly Ill my hand were so Swollen I had sever cuff mark & laceration I had what seemed like burns on my wrists I was denied mental health Denied Medical for from 3rd t 4th Nov

6

This is also on body cam of Peoria Police officer drove van like they only came took BP and pulse ox I was hurt severly I need med care from miss Powers she said laughingly I'm Scabing up nice and Every medical personal see the significate lacerations & bruise ETC yet never see a perfession doctor or 20 plus days to hear I still to this Day have reported I to Mrs Young, becky Ryan that I'm being abused and torchered assulted beat. Staved & Dehydrated "they took hipocritical acth to report Abuse yet so far hasn't I still have bruses on my face a week ago Ryan Seen & Documented my care as a Federal Disabled Individual I at a state of almost none If I had to be restrained where did it go I was of heard Rumors I was beaten severly to unconcience but only the coppers nows what happened I know one thing I took over 30 plus days to heal Fome everthing I have scares Buses Everywhere I still hurt in my hands Back hipe & my face still swollen & marks to this Day to prove abuse neglect & norm was comitted

I was taken to Jake Hadings and Beaten and tortchered For Hours or Better

## RELIEF REQUESTED

(State what relief you want from the court.)

All Supuvisor staff terminated or Reprimand, proper train & care for S.M.I. detanee to be Intaken to stop Metal heath abuse to diabled persons proper care train & Beter protical For take SMI detaine

$5,000,000.00

JURY DEMAND   Yes [X]   No [ ]

Signed this Dec day of 19, 20 22

_____
( Signature of Plaintiff)

| Name of Plaintiff: John Custer | Inmate Identification Number: 2205558 |
|---|---|
| Address: 301 N Maxwell | Telephone Number: UNKNOWN |

Rd Peo Ill 61604

8

John Custer
PCJ
301 N. Maxwell Rd
Peo Ill 61604

Legal
Mail

7 of 8

Federal Court
House
Circuit Clerk
100 NE Monroe
Peo Ill Gricag?